**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

**STEVEN A. LERMAN & ASSOCIATES, INC.**
Steven A. Lerman, Esq. (S.B.N. 55839)
slermanlaw@yahoo.com
Nicholas M. Lerman, Esq. (SBN: 292656)
nlerman@lermanslaw.com
6033 West Century Boulevard, Suite 740
Los Angeles, California 90045
Telephone: (310) 659-8166

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA SOSA, L.S. by and through guardian *ad litem* MARIA SOSA, M.S. by and through guardian *ad litem* JENNIFER LOPEZ, individually and as successors-in-interest to Maximiliano Sosa,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FRESNO and DOES 1–5,<br><br>Defendants. | Case No.: 1:24-cv-01039-EPG<br><br>**NOTICE OF RELATED CASE**<br><br>[Local Rule 123] |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT**, pursuant to Local Rule 123, Plaintiffs hereby give notice of the following related case, *Martha Zepeda Olivares, et al. v. City of Fresno, et al*., Case No. 1:23-cv-01575, which was

filed on November 7, 2023 (hereinafter, "the related matter"). The related matter is pending in this District Court before the Honorable Jennifer L. Thurston.

Both cases fundamentally address the same events and raise similar questions regarding the use of excessive force and the policies of the City of Fresno.

The present action, filed by Maria Sosa, the decedent's wife, and her two minor children, includes claims for excessive force under the Fourth Amendment, denial of medical care, interference with familial relationship, municipal liability, Americans with Disabilities Act violations, and various state law claims including battery, negligence, and violation of the Bane Act.

The related case, filed by Martha Zepeda Olivares (decedent's mother) and Maximiliano Sosa, Sr. (decedent's father), includes claims for Fourth Amendment violations, deprivation of familial relationship under the Fourteenth Amendment, and municipal liability.

Despite the slight differences in the specific causes of action and the parties involved, both cases stem from the same incident, involve the same primary defendants, and will likely involve similar evidence and witnesses. Assignment to the same Judge and/or Magistrate Judge would likely effect a substantial savings of judicial effort and prevent duplication of labor, as the same or similar factual and legal issues will need to be addressed in both cases.

DATED: September 4, 2024        /s/   *Dale K. Galipo*
                                **LAW OFFICES OF DALE K. GALIPO**
                                Dale K. Galipo
                                Cooper Alison-Mayne

                                **STEVEN A. LERMAN & ASSOCIATES, INC.**
                                Steven A. Lerman
                                Nicholas M. Lerman

                                *Attorneys for Plaintiffs*