Kevin G. Little, SBN 149818
Michelle L. Tostenrude, SBN 290121
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinlittle.com

Attorneys for Non-Party Martha Zepeda Olivares, individually and on behalf of the Estate of Maximiliano Sosa, Jr. and Maximiliano Sosa, Sr.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MARIA SOSA, L.S. BY AND THROUGH GUARDIAN *AD LITEM* MARIA SOSA, M.S. BY AND THROUGH GUARDIAN *AD LITEM* JENNIFER LOPEZ, INDIVIDUALLY AND AS SUCCESSORS-IN-INTEREST TO MAXIMILIANO SOSA.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO; AND DOES 1-5,<br><br>Defendants. | Case No.: 1:24-cv-01039-EPG<br><br>*Assigned to: The Hon. Jennifer L. Thurston*<br><br>**NOTICE OF RELATED CASE PURSUANT TO LOCALE RULE 123 (B)** |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, pursuant to Local Rule 123(b), non-party Martha Zepeda Olivares, individually and on behalf of the Estate of Maximiliano Sosa, Jr., and Maximiliano Sosa, Sr. hereby provides notice of the following related case, Martha Zepeda Olivares, individually and on behalf of the Estate of Maximiliano Sosa, Jr., and Maximiliano Sosa, Sr. v. City of Fresno, et al, Case No. 1:23-cv-01575, filed on November 7, 2023.

STATEMENT OF RELATIONSHIP OF CASES



1    Both cases involve the same events, are based on the same set of facts surrounding the
2 incident that led to both lawsuits, involve the same defendants and officers, and raise similar
3 issues regarding excessive force and the City of Fresno's policies.
4    The current case, filed by Maria Sosa (the decedent's wife) and her two minor children,
5 includes claims for excessive force under the Fourth Amendment, denial of medical care,
6 interference with familial relationship, municipal liability, Americans with Disabilities Act
7 violations, and various state law claims including battery, negligence, and violation of the Bane
8 Act.
9    The related case, filed by Martha Zepeda Olivares (the decedent's mother), Maximiliano
10 Sosa, Sr. (the decedent's father), and the Estate of Maximiliano Sosa, Jr., includes claims for
11 Fourth Amendment violations, deprivation of familial relationship under the Fourteenth
12 Amendment, municipal liability and other causes of action.

SAVINGS OF JUDICIAL EFFORT AND OTHER ECONOMIES

   Despite minor differences in the specific causes of action, both cases arise from the same incident, involve the same primary defendants, and will likely require similar evidence, witnesses, and depositions of individuals. Assigning both cases to the same Judge and/or Magistrate Judge would likely result in substantial judicial efficiency and prevent duplication of labor, as the same or similar factual and legal issues will need to be addressed in both cases.

Dated: September 4, 2024                LAW OFFICE OF KEVIN G. LITTLE

                                        /s/ Kevin G. Little

                                        Kevin G. Little
                                        Attorneys for Plaintiff Martha Zepeda
                                        Olivares, individually and on behalf of the
                                        Estate of Maximiliano Sosa, Jr. and
                                        Maximiliano Sosa, Sr.

