1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOSA, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF FRESNO, *et al.*,<br><br>　　　　　　Defendants. | Old Case No. 1:24-cv-1039-EPG<br>New Case No. 1:24-cv-1039-JLT-SAB<br><br>ORDER RELATING CASES, ASSIGNING DISTRICT JUDGE AND REASSIGNING MAGISTRATE JUDGE |

　　　　Pursuant to Local Rule 123, the Court finds that the above-captioned action is related under this Court's Local Rule 123 to the following matter: *Zepeda Olivares, et al. v. City of Fresno, et al.*, Civil Case No. 1:23-cv-01575-JLT-SAB.  The actions involve overlapping parties, properties, claims, events and/or questions of fact or law.  Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency, and economy for the Court and parties.  An order relating cases under Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is affected.

///
///
///
///

Based on good cause, this Court **ORDERS** that the above-captioned action be assigned to U.S. District Judge Jennifer L. Thurston and reassigned to U.S. Magistrate Judge Stanley A. Boone. Going forward, all documents shall bear the new case number:

**1:24-cv-1039-JLT-SAB**

IT IS SO ORDERED.

Dated:   **September 13, 2024**

UNITED STATES DISTRICT JUDGE