**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOSA, M.S. by and through guardian ad litem Jennifer Lopez, and L.S. by and through guardian ad litem Jennifer Lopez,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO and DOES 1–5,<br>Defendants. | Case No.: 1:24-cv-01039-EPG<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of the Complaint, Summons, and other documents on Defendant City of Fresno (attached hereto as Exhibit "A").

DATED: September 18, 2024

                                           LAW OFFICES OF DALE K. GALIPO

                                       By:  */s / Dale K. Galipo*
                                                   Dale K. Galipo Attorney for Plaintiffs

# Exhibit A

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**Maria Sosa , et al. ,**  CASE NO: 1:24–CV–01039–EPG

vs.  **SUMMONS IN A CIVIL CASE**

**City of Fresno ,**

TO: **City of Fresno**

Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on:

> **Dale K. Galipo**
> **Law Offices of Dale K. Galipo**
> **21800 Burbank Blvd., Suite 310**
> **Woodland Hills, CA 91367**

an answer to the complaint which is served on you with this summons, **within 21 days after service of this summons on you**, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**
CLERK

**/s/ O. Rivera**
(By) DEPUTY CLERK

**ISSUED ON 2024–08–30 16:02:13**
**CLERK, USDC EDCA**

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE 9/13/2024 |
| NAME OF SERVER *(PRINT)* Joseph Cassinero II | TITLE California Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Service was received by Colette Barrios, Clerk, authorized person to accept service of process

☐ Returned unexecuted:_____
_____
_____

☐ Other (specify) :_____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 199.75 | 199.75 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____9/18/2024____  _____
                Date                               *Signature of Server*

                                                            800 S Figueroa Suite 900, Los Angeles, CA 90017
                                                            *Address of Server*