Mildred K. O'Linn (State Bar No. 159055)
 *missy.olinn@manningkass.com*
Lynn Carpenter (State Bar No. 310011)
 *lynn.carpenter@manningkass.com*
Maya Sorensen (State Bar No. 250722)
 *Maya.Sorensen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
One California St., Ste 900
San Francisco, California 94111
Telephone: (415) 217-6990
Facsimile: (415) 217-6999

Attorneys for Defendants, CITY OF
FRESNO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

MARIA SOSA, L.S. by and through guardian ad litem MARIA SOSA, M.S. by and through guardian ad litem JENNIFER LOPEZ, individually and as successors-in-interest to Maximiliano Sosa,

Plaintiffs,

v.

CITY OF FRESNO and DOES 1-5,

Defendants.

Case No. 1:24-cv-01039-JLT-SAB
Dist. Court Judge Jennifer L. Thurston
Magistrate Judge Barbara A. McAuliffe

**DEFENDANT CITY OF FRESNO'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES**

FAC Filed:          10/04/24
Trial Date:         Not Yet Set

Defendants CITY OF FRESNO ("Defendant") hereby answers Plaintiffs' First Amended Complaint for Damages on file herein (Doc. 11, hereinafter referred to as the "FAC") and Defendant hereby admits, denies, and alleges as follows:

1.      Answering Paragraph 1 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

2.    Answering Paragraph 2 of the FAC: Answering Defendant admits that jurisdiction is vested in this Court under 28 U.S.C. § 1331 and 28 U.S.C. § 1343(a)(3)-(4).

3.    Answering Paragraph 3 of the FAC: Answering Defendant admits that this Court has supplemental jurisdiction over Plaintiffs' state law claims  under 28 U.S.C. § 1337(a).

4.    Answering Paragraph 4 of the FAC: Answering Defendant admits that venue is proper under 28 U.S.C. § 1391(b).

5.    Answering Paragraph 5 of the FAC: Answering Defendant admits that plaintiffs submitted government tort claims to the City that were rejected.

6.    Answering Paragraph 6 of the FAC: Answering Defendant admits that plaintiffs submitted government tort claims to the City that were rejected.

7.    Answering Paragraph 7 of the FAC: Answering Defendant admits that plaintiffs submitted government tort claims to the City that were rejected.

8.    Answering Paragraph 8 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

9.    Answering Paragraph 9 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

10.    Answering Paragraph 10 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and

2

MANNING | KASS

1  Defendant denies all liability and/or wrongdoing.

2        11.    Answering Paragraph 11 of the FAC: Answering Defendant does not

3  have sufficient knowledge, or information or belief, to enable Defendant to answer

4  the allegations contained within this paragraph, as stated, and on those grounds denies

5  generally and specifically each and every allegation contained therein – and

6  Defendant denies all liability and/or wrongdoing.

7        12.    Answering Paragraph 12 of the FAC: Answering Defendant admits that

8  the City of Fresno was at all times mentioned in the Complaint a municipal

9  corporation duly authorized to operate under the laws of the state of California, and

10 operated the Fresno Police Department under its supervision. As to the remaining

11 allegations of this paragraph, Defendant does not have sufficient knowledge, or

12 information or belief, to enable Defendant to answer the allegations contained within

13 this paragraph, as stated, and on those grounds denies generally and specifically each

14 and every allegation contained therein – and Defendant denies all liability and/or

15 wrongdoing.

16       13.    Answering Paragraph 13 of the FAC: Answering Defendant does not

17 have sufficient knowledge, or information or belief, to enable Defendant to answer

18 the allegations contained within this paragraph, as stated, and on those grounds denies

19 generally and specifically each and every allegation contained therein – and

20 Defendant denies all liability and/or wrongdoing.

21       14.    Answering Paragraph 14 of the FAC: Answering Defendant does not

22 have sufficient knowledge, or information or belief, to enable Defendant to answer

23 the allegations contained within this paragraph, as stated, and on those grounds denies

24 generally and specifically each and every allegation contained therein – and

25 Defendant denies all liability and/or wrongdoing.

26       15.    Answering Paragraph 15 of the FAC: Answering Defendant does not

27 have sufficient knowledge, or information or belief, to enable Defendant to answer

28 the allegations contained within this paragraph, as stated, and on those grounds denies

MANNING | KASS

generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

16.     Answering Paragraph 16 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

17.     Answering Paragraph 17 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

18.     Answering Paragraph 18 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.n

19.     Answering Paragraph 19 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

20.     Answering Paragraph 20 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

21.     Answering Paragraph 21 of the FAC: Answering Defendant does not

**DEFT CITY OF FRESNO'S ANSWER TO FAC**

MANNING | KASS

have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

22. Answering Paragraph 22 of the FAC: this paragraph does not contain any factual allegations against answering Defendant, and on those grounds alone this paragraph remains unanswered.

23. Answering Paragraph 23 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

24. Answering Paragraph 24 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

25. Answering Paragraph 25 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

26. Answering Paragraph 26 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

27. Answering Paragraph 27 of the FAC: Answering Defendant does not

have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

28.     Answering Paragraph 28 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

29.     Answering Paragraph 29 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

30.     Answering Paragraph 30 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

31.     Answering Paragraph 31 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

32.     Answering Paragraph 32 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and

1  Defendant denies all liability and/or wrongdoing.

2      33.    Answering Paragraph 33 of the FAC: Answering Defendant does not

3  have sufficient knowledge, or information or belief, to enable Defendant to answer

4  the allegations contained within this paragraph, as stated, and on those grounds denies

5  generally and specifically each and every allegation contained therein – and

6  Defendant denies all liability and/or wrongdoing.

7      34.    Answering Paragraph 34 of the FAC: Answering Defendant does not

8  have sufficient knowledge, or information or belief, to enable Defendant to answer

9  the allegations contained within this paragraph, as stated, and on those grounds denies

10  generally and specifically each and every allegation contained therein – and

11  Defendant denies all liability and/or wrongdoing.

12     35.    Answering Paragraph 35 of the FAC: Answering Defendant does not

13  have sufficient knowledge, or information or belief, to enable Defendant to answer

14  the allegations contained within this paragraph, as stated, and on those grounds denies

15  generally and specifically each and every allegation contained therein – and

16  Defendant denies all liability and/or wrongdoing.

17     36.    Answering Paragraph 36 of the FAC: Answering Defendant does not

18  have sufficient knowledge, or information or belief, to enable Defendant to answer

19  the allegations contained within this paragraph, as stated, and on those grounds denies

20  generally and specifically each and every allegation contained therein – and

21  Defendant denies all liability and/or wrongdoing.

22     37.    Answering Paragraph 37 of the FAC: Answering Defendant does not

23  have sufficient knowledge, or information or belief, to enable Defendant to answer

24  the allegations contained within this paragraph, as stated, and on those grounds denies

25  generally and specifically each and every allegation contained therein – and

26  Defendant denies all liability and/or wrongdoing.

27     38.    Answering Paragraph 38 of the FAC: Answering Defendant repeats,

28  reiterates, and re-alleges all of the admissions and denials contained in the foregoing

MANNING | KASS

Answer which are set forth to each and every allegation contained in paragraphs 1 through 37, inclusive, of the FAC.

39.    Answering Paragraph 39 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

40.    Answering Paragraph 40 of the FAC: this paragraph does not contain any factual allegations against answering Defendant, and on those grounds alone this paragraph remains unanswered.

41.    Answering Paragraph 41 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

42.    Answering Paragraph 42 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

43.    Answering Paragraph 43 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

44.    Answering Paragraph 44 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies

8

generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

45.     Answering Paragraph 45 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

46.     Answering Paragraph 46 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

47.     Answering Paragraph 47 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

48.     Answering Paragraph 48 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

49.     Answering Paragraph 49 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

50.     Answering Paragraph 50 of the FAC: Answering Defendant does not

MANNING | KASS

have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

51.     Answering Paragraph 51 of the FAC: Answering Defendant repeats, reiterates, and re-alleges all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 50, inclusive, of the FAC.

52.     Answering Paragraph 52 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

53.     Answering Paragraph 53 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

54.     Answering Paragraph 54 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

55.     Answering Paragraph 55 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

56.     Answering Paragraph 56 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

57.     Answering Paragraph 57 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

58.     Answering Paragraph 58 of the FAC: Answering Defendant repeats, reiterates, and re-alleges all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 57, inclusive, of the FAC.

59.     Answering Paragraph 59 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

60.     Answering Paragraph 60 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

61.     Answering Paragraph 61 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and

11

1  Defendant denies all liability and/or wrongdoing.

2      62.     Answering Paragraph 62 of the FAC: Answering Defendant does not

3  have sufficient knowledge, or information or belief, to enable Defendant to answer

4  the allegations contained within this paragraph, as stated, and on those grounds denies

5  generally and specifically each and every allegation contained therein – and

6  Defendant denies all liability and/or wrongdoing.

7      63.     Answering Paragraph 63 of the FAC: Answering Defendant does not

8  have sufficient knowledge, or information or belief, to enable Defendant to answer

9  the allegations contained within this paragraph, as stated, and on those grounds denies

10  generally and specifically each and every allegation contained therein – and

11  Defendant denies all liability and/or wrongdoing.

12      64.     Answering Paragraph 64 of the FAC: Answering Defendant does not

13  have sufficient knowledge, or information or belief, to enable Defendant to answer

14  the allegations contained within this paragraph, as stated, and on those grounds denies

15  generally and specifically each and every allegation contained therein – and

16  Defendant denies all liability and/or wrongdoing.

17      65.     Answering Paragraph 65 of the FAC: Answering Defendant does not

18  have sufficient knowledge, or information or belief, to enable Defendant to answer

19  the allegations contained within this paragraph, as stated, and on those grounds denies

20  generally and specifically each and every allegation contained therein – and

21  Defendant denies all liability and/or wrongdoing.

22      66.     Answering Paragraph 66 of the FAC: Answering Defendant does not

23  have sufficient knowledge, or information or belief, to enable Defendant to answer

24  the allegations contained within this paragraph, as stated, and on those grounds denies

25  generally and specifically each and every allegation contained therein – and

26  Defendant denies all liability and/or wrongdoing.

27      67.     Answering Paragraph 67 of the FAC: Answering Defendant does not

28  have sufficient knowledge, or information or belief, to enable Defendant to answer

MANNING | KASS

the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

68.     Answering Paragraph 68 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

69.     Answering Paragraph 69 of the FAC: Answering Defendant repeats, reiterates, and re-alleges all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 68, inclusive, of the FAC.

70.     Answering Paragraph 70 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

71.     Answering Paragraph 71 of the FAC including subsections (a) – (k): Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

72.     Answering Paragraph 72 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

73.     Answering Paragraph 73 of the FAC including subsections (a) – (f):

MANNING | KASS

Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

74.   Answering Paragraph 74 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

75.   Answering Paragraph 75 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

76.   Answering Paragraph 76 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

77.   Answering Paragraph 77 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

78.   Answering Paragraph 78 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and

1  Defendant denies all liability and/or wrongdoing.

2     79.   Answering Paragraph 79 of the FAC: Answering Defendant does not

3  have sufficient knowledge, or information or belief, to enable Defendant to answer

4  the allegations contained within this paragraph, as stated, and on those grounds denies

5  generally and specifically each and every allegation contained therein – and

6  Defendant denies all liability and/or wrongdoing.

7     80.   Answering Paragraph 80 of the FAC: Answering Defendant does not

8  have sufficient knowledge, or information or belief, to enable Defendant to answer

9  the allegations contained within this paragraph, as stated, and on those grounds denies

10  generally and specifically each and every allegation contained therein – and

11  Defendant denies all liability and/or wrongdoing.

12     81.   Answering Paragraph 81 of the FAC: Answering Defendant repeats,

13  reiterates, and re-alleges all of the admissions and denials contained in the foregoing

14  Answer which are set forth to each and every allegation contained in paragraphs 1

15  through 80, inclusive, of the FAC.

16     82.   Answering Paragraph 82 of the FAC: Answering Defendant does not

17  have sufficient knowledge, or information or belief, to enable Defendant to answer

18  the allegations contained within this paragraph, as stated, and on those grounds denies

19  generally and specifically each and every allegation contained therein – and

20  Defendant denies all liability and/or wrongdoing.

21     83.   Answering Paragraph 83 of the FAC: Answering Defendant does not

22  have sufficient knowledge, or information or belief, to enable Defendant to answer

23  the allegations contained within this paragraph, as stated, and on those grounds denies

24  generally and specifically each and every allegation contained therein – and

25  Defendant denies all liability and/or wrongdoing.

26     84.   Answering Paragraph 84 of the FAC: Answering Defendant does not

27  have sufficient knowledge, or information or belief, to enable Defendant to answer

28  the allegations contained within this paragraph, as stated, and on those grounds denies

1  generally and specifically each and every allegation contained therein – and
2  Defendant denies all liability and/or wrongdoing.

3      85.    Answering Paragraph 85 of the FAC including subparagraphs (a)-(e):
4  Answering Defendant does not have sufficient knowledge, or information or belief,
5  to enable Defendant to answer the allegations contained within this paragraph, as
6  stated, and on those grounds denies generally and specifically each and every
7  allegation contained therein – and Defendant denies all liability and/or wrongdoing.

8      86.    Answering Paragraph 86 of the FAC: Answering Defendant does not
9  have sufficient knowledge, or information or belief, to enable Defendant to answer
10 the allegations contained within this paragraph, as stated, and on those grounds denies
11 generally and specifically each and every allegation contained therein – and
12 Defendant denies all liability and/or wrongdoing.

13     87.    Answering Paragraph 87 of the FAC: Answering Defendant does not
14 have sufficient knowledge, or information or belief, to enable Defendant to answer
15 the allegations contained within this paragraph, as stated, and on those grounds denies
16 generally and specifically each and every allegation contained therein – and
17 Defendant denies all liability and/or wrongdoing.

18     88.    Answering Paragraph 88 of the FAC: Answering Defendant does not
19 have sufficient knowledge, or information or belief, to enable Defendant to answer
20 the allegations contained within this paragraph, as stated, and on those grounds denies
21 generally and specifically each and every allegation contained therein – and
22 Defendant denies all liability and/or wrongdoing.

23     89.    Answering Paragraph 89 of the FAC: Answering Defendant does not
24 have sufficient knowledge, or information or belief, to enable Defendant to answer
25 the allegations contained within this paragraph, as stated, and on those grounds denies
26 generally and specifically each and every allegation contained therein – and
27 Defendant denies all liability and/or wrongdoing.

28     90.    Answering Paragraph 90 of the FAC: Answering Defendant does not

MANNING | KASS

have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

91. Answering Paragraph 91 of the FAC: Answering Defendant repeats, reiterates, and re-alleges all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 90, inclusive, of the FAC.

92. Answering Paragraph 92 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

93. Answering Paragraph 93 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

94. Answering Paragraph 94 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

95. Answering Paragraph 95 of the FAC: Answering Defendant repeats, reiterates, and re-alleges all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 94, inclusive, of the FAC.

96. Answering Paragraph 96 of the FAC: Answering Defendant City of

Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

97.    Answering Paragraph 97 of the FAC: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

98.    Answering Paragraph 98 of the FAC: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

99.    Answering Paragraph 99 of the FAC: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

100.   Answering Paragraph 100 of the FAC: Answering Defendant repeats, reiterates, and re-alleges all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 99, inclusive, of the FAC.

101.   Answering Paragraph 101 of the FAC: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

102.   Answering Paragraph 102 of the FAC: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

103.   Answering Paragraph 103 of the FAC: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

104.   Answering Paragraph 104 of the FAC: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

105.   Answering Paragraph 105 of the FAC: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

106.   Answering Paragraph 106 of the FAC including subparagraphs (a)-(k): Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

107.   Answering Paragraph 107 of the FAC: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable

1  Defendant to answer the allegations contained within this paragraph, as stated, and on
2  those grounds denies generally and specifically each and every allegation contained
3  therein – and Defendant denies all liability and/or wrongdoing.

4      108.  Answering Paragraph 108 of the FAC: Answering Defendant City of
5  Fresno does not have sufficient knowledge, or information or belief, to enable
6  Defendant to answer the allegations contained within this paragraph, as stated, and on
7  those grounds denies generally and specifically each and every allegation contained
8  therein – and Defendant denies all liability and/or wrongdoing.

9      109.  Answering Paragraph 109 of the FAC: Answering Defendant City of
10  Fresno does not have sufficient knowledge, or information or belief, to enable
11  Defendant to answer the allegations contained within this paragraph, as stated, and on
12  those grounds denies generally and specifically each and every allegation contained
13  therein – and Defendant denies all liability and/or wrongdoing.

14      110.  Answering Paragraph 110 of the FAC: Answering Defendant repeats,
15  reiterates, and re-alleges all of the admissions and denials contained in the foregoing
16  Answer which are set forth to each and every allegation contained in paragraphs 1
17  through 109, inclusive, of the FAC.

18      111.  Answering Paragraph 111 of the FAC: Answering Defendant does not
19  have sufficient knowledge, or information or belief, to enable Defendant to answer
20  the allegations contained within this paragraph, as stated, and on those grounds denies
21  generally and specifically each and every allegation contained therein – and
22  Defendant denies all liability and/or wrongdoing.

23      112.  Answering Paragraph 112 of the FAC: Answering Defendant does not
24  have sufficient knowledge, or information or belief, to enable Defendant to answer
25  the allegations contained within this paragraph, as stated, and on those grounds denies
26  generally and specifically each and every allegation contained therein – and
27  Defendant denies all liability and/or wrongdoing.

28      113.  Answering Paragraph 113 of the FAC: Answering Defendant does not

20

MANNING | KASS

have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

114. Answering Paragraph 114 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

115. Answering Paragraph 115 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

116. Answering Paragraph 116 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

117. Answering Paragraph 117 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

118. Answering Paragraph 118 of the FAC: Answering Defendant repeats, reiterates, and re-alleges all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 117, inclusive, of the FAC.

MANNING | KASS

119.   Answering Paragraph 119 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

120.   Answering Paragraph 120 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

121.   Answering Paragraph 121 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

122.   Answering Paragraph 122 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

123.   Answering Paragraph 123 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

124.   Answering Paragraph 124 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies

1 | generally and specifically each and every allegation contained therein – and
2 | Defendant denies all liability and/or wrongdoing.

3 |     125. Answering Paragraph 125 of the FAC: Answering Defendant does not
4 | have sufficient knowledge, or information or belief, to enable Defendant to answer
5 | the allegations contained within this paragraph, as stated, and on those grounds denies
6 | generally and specifically each and every allegation contained therein – and
7 | Defendant denies all liability and/or wrongdoing.

8 |     126. Answering Paragraph 126 of the FAC: Answering Defendant does not
9 | have sufficient knowledge, or information or belief, to enable Defendant to answer
10 | the allegations contained within this paragraph, as stated, and on those grounds denies
11 | generally and specifically each and every allegation contained therein – and
12 | Defendant denies all liability and/or wrongdoing.

13 |     127. Answering Paragraph 127 of the FAC: Answering Defendant repeats,
14 | reiterates, and re-alleges all of the admissions and denials contained in the foregoing
15 | Answer which are set forth to each and every allegation contained in paragraphs 1
16 | through 126, inclusive, of the FAC.

17 |     128. Answering Paragraph 128 of the FAC: Answering Defendant does not
18 | have sufficient knowledge, or information or belief, to enable Defendant to answer
19 | the allegations contained within this paragraph, as stated, and on those grounds denies
20 | generally and specifically each and every allegation contained therein – and
21 | Defendant denies all liability and/or wrongdoing.

22 |     129. Answering Paragraph 129 of the FAC: Answering Defendant does not
23 | have sufficient knowledge, or information or belief, to enable Defendant to answer
24 | the allegations contained within this paragraph, as stated, and on those grounds denies
25 | generally and specifically each and every allegation contained therein – and
26 | Defendant denies all liability and/or wrongdoing.

27 |     130. Answering Paragraph 130 of the FAC: Answering Defendant does not
28 | have sufficient knowledge, or information or belief, to enable Defendant to answer

23

the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

131.   Answering Paragraph 131 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

132.   Answering Paragraph 132 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

133.   Answering Paragraph 133 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

134.   Answering Paragraph 134 of the FAC: Answering Defendant repeats, reiterates, and re-alleges all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 133, inclusive, of the FAC.

135.   Answering Paragraph 135 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

136.   Answering Paragraph 136 of the FAC: Answering Defendant does not

MANNING | KASS

have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

137.   Answering Paragraph 137 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

138.   Answering Paragraph 138 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

139.   Answering Paragraph 139 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

140.   Answering Paragraph 140 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

141.   Answering Paragraph 141 of the FAC: Answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and

1  Defendant denies all liability and/or wrongdoing.

2      142.   Answering Paragraph 142 of the FAC: Answering Defendant does not
3  have sufficient knowledge, or information or belief, to enable Defendant to answer
4  the allegations contained within this paragraph, as stated, and on those grounds denies
5  generally and specifically each and every allegation contained therein – and
6  Defendant denies all liability and/or wrongdoing.

7      143.   Answering Paragraph 143 of the FAC: Answering Defendant does not
8  have sufficient knowledge, or information or belief, to enable Defendant to answer
9  the allegations contained within this paragraph, as stated, and on those grounds denies
10  generally and specifically each and every allegation contained therein – and
11  Defendant denies all liability and/or wrongdoing.

12      144.   Answering Paragraph 144 of the FAC: Answering Defendant does not
13  have sufficient knowledge, or information or belief, to enable Defendant to answer
14  the allegations contained within this paragraph, as stated, and on those grounds denies
15  generally and specifically each and every allegation contained therein – and
16  Defendant denies all liability and/or wrongdoing.

17      145.   Answering Paragraph 145 of the FAC: Answering Defendant does not
18  have sufficient knowledge, or information or belief, to enable Defendant to answer
19  the allegations contained within this paragraph, as stated, and on those grounds denies
20  generally and specifically each and every allegation contained therein – and
21  Defendant denies all liability and/or wrongdoing.

22      146.   Answering plaintiffs' Prayer For Relief, including subsections (1)
23  through (8), Defendant denies all liability to plaintiffs, including, but not limited to,
24  all liability for any and all damages, including compensatory damages, special
25  damages, funeral and burial expenses, punitive and exemplary damages, statutory
26  damages, attorneys' fees, costs of suit, pre-death pain and suffering and loss of life,
27  wrongful death damages, and/or for any relief of any kind from Defendant to
28  plaintiffs.

147. To the extent plaintiffs assert any other claims or contentions not specifically addressed herein above, Defendant generally and specifically denies each and every remaining allegation and/or claim – and Defendant denies all liability and/or wrongdoing.

## AFFIRMATIVE DEFENSES

1. As separate and affirmative defenses, Defendant alleges as follows:

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

2. Plaintiffs' FAC, and each alleged cause of action in it, fails to state a claim upon which relief can be granted.

3. Plaintiffs' FAC also fails to state a claim against any Defendant in this action.

### SECOND AFFIRMATIVE DEFENSE
### (Tort Claims Act Violation)

4. This action is barred by plaintiffs' failure to comply with the government tort claims presentation requirements, California Government Code § 900, *et seq.*, including but not limited to §§ 900, 900.4, 901, 905, 905.2, 910, 911, 911.2, 911.4, 945.4, 945.6, 946.6, 950.2, and 950.6, to the extent applicable.

5. The FAC is barred based on plaintiffs' failure to exhaust administrative remedies prior to filing this lawsuit.

6. Plaintiffs' recovery is barred because the causes of action stated in the FAC do not correspond with the legal claims asserted in plaintiffs' written claim. The FAC thereby alleges legal bases for recovery which are not fairly reflected in the written claim(s).

### THIRD AFFIRMATIVE DEFENSE
### (Waiver, Estoppel, Unclean Hands)

7. Defendant alleges that plaintiffs' actions are barred by reason of conduct, actions and inactions of plaintiffs  which amount to and constitute a waiver of any

27

1  right plaintiff(s) may or might have had in reference to the matters and things alleged

2  in the FAC, or that otherwise estop plaintiffs from recovery in this action, including

3  but not limited to the doctrine of unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

8.   Plaintiffs' claims are barred or limited to the extent plaintiffs failed to mitigate plaintiffs' injuries or damages, if there were any.  Plaintiffs have failed to mitigate the damages, if any, which plaintiff(s) has/have sustained, and to exercise reasonable care to avoid the consequences of harms, if any, in that, among other things, plaintiffs have failed to use reasonable diligence in caring for any injuries, failed to use reasonable means to prevent aggravation of any injuries and failed to take reasonable precautions to reduce any injuries and damages.

### FIFTH AFFIRMATIVE DEFENSE

### (Contributory and/or Comparative Liability)

9.   Plaintiffs' claims are barred or limited by plaintiff's decedent's contributory/comparative negligence or other conduct, acts, or omissions, and to the extent plaintiffs' decedent suffered any injury or damages, it was the result of his own negligent or deliberate actions or omissions.

10.   Plaintiffs' recovery is barred because any injury or damage suffered by plaintiffs' decedent was caused solely by reason of his wrongful acts and conduct and the willful resistance to a peace officer in the discharge their duties.  The conduct set forth in the FAC, if and to the extent it occurred, was privileged and justified and done with a good faith belief that it was correct and no action may be taken against the answering Defendants on account of such conduct.

### SIXTH AFFIRMATIVE DEFENSE

### (Public Entity/Employee Immunity for Others' Torts)

11.   Plaintiffs' recovery is barred because public entities and employees are immune from liability for any injury caused by the act or omission of another person.

MANNING | KASS

1   Gov. Code §§ 815 *et seq.*, 820.2 *et seq.*

2   12.    The answering Defendants is/are informed and believe and thereon
3   allege that if plaintiffs sustained any injury or damages, such injury or damages were
4   solely caused or contributed to by the wrongful conduct of other defendants and/or
5   entities or persons other than the answering Defendant.  To the extent that plaintiffs'
6   damages were so caused, any recovery by plaintiffs as against the answering
7   Defendant should be subject to proportionately comparative equitable
8   indemnity/contribution from such third parties.

9                       **SEVENTH AFFIRMATIVE DEFENSE**
10              **(Public Entity/Employee Immunity for Discretionary Acts)**

11   13.    There is no liability for any injury or damages, if any there were,
12   resulting from an exercise of discretion vested in a public employee, whether or not
13   such discretion be abused.  Gov. Code § 815.2, 820.2, 820.4, 820.8, 820 *et seq*.

14   14.    Plaintiffs' recovery is barred because public entities and employees are
15   immune from liability for discharging their mandatory duties with reasonable
16   diligence.

17   15.    A public employee may not be held liable for injuries or damages, if any,
18   caused by failure to adopt or by adoption of an enactment or by failure to enforce an
19   enactment and/or law, for an injury caused by his issuance, denial, suspension or
20   revocation or by his failure or refusal to issue, deny, suspend or revoke, any permit,
21   license, certificate, approval, order, or similar authorization, where he is authorized
22   by enactment to determine whether or not such authorization should be issued, denied,
23   suspended or revoked, pursuant to Government Code §§ 818.2, 818.4, 818.8, 821 and
24   821.2.  Based thereon, the answering defendants is/are immune from liability for any
25   injuries claimed by plaintiffs, herein.

26   16.    Defendant(s) is/are immune for any detriment resulting from any of its
27   actions or omissions at the time of the incident of which plaintiffs complain pursuant
28   to Government Code § 810 *et seq*., 815 *et seq*., 820 *et seq*., and 845 *et seq*., including,

29

1  but not limited to, §§ 810, 810.2, 810.4, 810.6, 810.8, 811, 811.2, 811.4, 811.6, 811.8,

2  820.6, 820.8, 821, 821.2, 821.4, 821.6, 821.8, 822.2, 830.5, 830.6, 835.4, 844.6, and

3  Government Code §§ 854, *et seq*., including, but not limited to, §§ 845.6, 854.6,

4  854.8(a)(2), and §§ 855.4, 855.6, 855.8 and 856.4.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Public Entity Immunity)**

7      17.    To the extent that the FAC attempts to predicate liability upon any public

8  entity defendant or any employee thereof for purported negligence in retention, hiring,

9  employment, training, or supervision of any public employee, such liability is barred

10  by Government Code sections 815.2 and 820.2 and *Herndon v. County of Marin*

11  (1972) 25 Cal. App. 3d 933, 935, 936, *rev'd on other grounds by Sullivan v. County*

12  *of Los Angeles* (1974) 12 Cal.3d 710; and by the lack of any duty running to plaintiffs;

13  by the fact that any such purported act or omission is governed exclusively by statute

14  and is outside the purview of any public employees' authority; and by the failure of

15  any such acts or omissions to be the proximate or legal cause of any injury alleged in

16  the Complaint. *See de Villers v. County of San Diego*, 156 Cal.App.4th 238, 251-253,

17  255-256 (2007).

18      18.    Defendant may not be held liable on a *respondeat superior* theory for

19  any negligent or wrongful act or omission on the part of any subordinate.  Cal.

20  Government Code §§ 844.6, 845.6; Cal. Civil Code § 2351; *Malloy v. Fong* (1951)

21  37 Cal.2d 356, 378-379; *Monell v. Department of Social Services of the City of New*

22  *York* (1978) 436 U.S. 658; *Larez v. City of Los Angeles* (9th Cir. 1991) 946 F.2d 630,

23  645-646; *cf. City of Canton v. Harris*, 489 U.S. 378, 388-389 (1989); *City of Los*

24  *Angeles v. Heller*, 475 U.S. 796 (1986).

**NINTH AFFIRMATIVE DEFENSE**

**(Qualified Immunity & Good Faith Immunity)**

27      19.    Defendant City and its agents or officers at all times relevant to this

28  action acted reasonably and prudently under the circumstances.  Defendants therefore

1  assert the individual defendant's Qualified Immunity from liability to the fullest extent

2  applicable.

3      20.    The individual defendants are immune from liability under the Federal

4  Civil Rights Act because a reasonable police officer could believe that his acts and

5  conduct were objectively reasonable under the totality of the circumstances.

6  Defendants are immune from liability under the Federal Civil Rights Act because their

7  conduct did not violate clearly established rights of which a reasonable officer would

8  have known.   Defendants are also immune from liability under the doctrine of

9  Qualified Immunity.

10     21.    At all relevant times, Defendants acted within the scope of discretion,

11  with due care, and good faith fulfillment of responsibilities pursuant to applicable

12  statutes, rules and regulation, within the bounds of reason, and with the good faith

13  belief that their actions comported with all applicable federal and state laws. *Harlow*

14  *v. Fitzgerald* (1982) 457 U.S. 800; Cal Gov. Code §§ 815.2 and 820.2.

15  ## TENTH AFFIRMATIVE DEFENSE

16  ### (Assumption of Risk)

17     22.    At the time and place referred to in the FAC, and before such event,

18  plaintiffs' decedent knew, appreciated, and understood each and every risk involved

19  in placing himself in the position which plaintiff then assumed, and willingly,

20  knowingly and voluntarily assumed each of such risks, including, but not limited to,

21  the risk of suffering personal bodily injury and/or lawful deprivation of right(s).

22     23.    Defendants contend that they cannot fully anticipate all affirmative

23  defenses that may be applicable to this action based on the conclusory terms used in

24  plaintiffs' Complaint.  Accordingly, Defendants expressly reserve the right to assert

25  additional affirmative defenses if and to the extent that such affirmative defenses

26  become applicable.

27  ///

28  ///

**DEFT CITY OF FRESNO'S ANSWER TO FAC**

MANNING | KASS

1

## **JURY DEMAND**

2    24.    Defendant demands a trial by jury as to each issue triable by jury.

3

## **PRAYER FOR RELIEF**

4    WHEREFORE, the answering Defendant prays as follows:

5    1.    That plaintiffs take nothing by this action;

6    2.    That Defendant be awarded attorneys' fees, costs of suit and costs of

7    proof, and such other relief as the Court deems just and proper.

8    DATED: October 30, 2024        **MANNING & KASS**

9                **ELLROD, RAMIREZ, TRESTER LLP**

10

11                By:    /s/ Mildred K. O'Linn

12                    Mildred K. O'Linn
                    Lynn Carpenter

13                    Maya Sorensen
                    Attorneys for Defendants, CITY OF

14                    FRESNO

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFT CITY OF FRESNO'S ANSWER TO FAC**