**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOSA, M.S. by and through guardian ad litem Jennifer Lopez, and L.S. by and through guardian ad litem Jennifer Lopez,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO and DOES 1–5,<br>Defendants. | Case No.: 1:24-cv-01039-JLT-SAB<br><br>**APPLICATION OF JENNIFER LOPEZ FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF L.S.**<br><br>[*Consent of Nominee* and *Proposed Order* filed concurrently herewith]<br><br>Date: December 11, 2024<br>Time: 10:00 a.m.<br>Courtroom: 9<br>Hon. Stanley A. Boone |

## APPLICATION OF JENNIFER LOPEZ FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF L.S.

1. L.S. is a minor plaintiff in the above-referenced case.

2. L.S. was born on March 13, 2021.

3. Jennifer Lopez, who is not a plaintiff in this matter, is the aunt of minor plaintiff L.S.

4. Jennifer Lopez is not a plaintiff in this case and has no interest potentially adverse to minor plaintiff L.S.

-1-

5. Jennifer Lopez is a responsible adult and fully competent to understand and protect the rights of L.S. *See* Consent of Nominee to Appointment as Guardian *ad Litem* for Minor Plaintiff L.S., filed concurrently herewith.

6. Plaintiffs therefore respectfully request an order appointing Jennifer Lopez as Guardian *ad Litem* for minor plaintiff L.S.

DATED: 9/5/2024

LAW OFFICES OF DALE K. GALIPO

By: */s/ Cooper Mayne*
Dale K. Galipo
Cooper Mayne
*Attorneys for Plaintiffs*

DATED: 9/10/2024

By: *Jennifer Lopez* (Signed by: 4B264CBBEE52434...)
Jennifer Lopez