**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOSA, M.S. by and through guardian ad litem Jennifer Lopez, and L.S. by and through guardian ad litem Jennifer Lopez, | Case No.: 1:24-cv-01039-JLT-SAB |
| Plaintiffs, | **CONSENT OF NOMINEE JENNIFER LOPEZ AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF L.S.** |
| v. | [*Application for Appointment as Guardian ad Litem*, and *Proposed Order* filed concurrently herewith] |
| CITY OF FRESNO and DOES 1–5, Defendants. | |

-1-

CONSENT OF NOMINEE JENNIFER LOPEZ FOR APPOINTMENT AS GUARDIAN AD LITEM FOR L.S.

Docusign Envelope ID: 0DAAEB83-D7D6-4175-97AC-63BE988BE0E6

## CONSENT OF NOMINEE JENNIFER LOPEZ FOR APPOINTMENT AS GUARDIAN AD LITEM FOR L.S.

I, Jennifer Lopez, the nominee and aunt of L.S., who is a minor plaintiff in the above-referenced action and the biological son of the decedent Maximiliano Sosa, Jr., consent to act as guardian *ad litem* for minor plaintiff L.S. in the above-referenced action.

I declare, under penalty of perjury and under the laws of the United States of America, that the foregoing is true and correct.

Executed on ____9/10/2024____ in ____Del Rey, CA____ .

_Jennifer Lopez_
Signed by:
4B264CBBEE52434
_____
Jennifer Lopez