1
2
3
4
5

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOSA, M.S. by and through guardian ad litem Jennifer Lopez, and L.S. by and through guardian ad litem Jennifer Lopez,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO and DOES 1–5,<br>Defendants. | Case No.: 1:24-cv-01039-JLT-SAB<br>*Assigned to Hon. Jennifer L. Thurston*<br>*Magistrate Judge: Stanley A. Boone*<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF JENNIFER LOPEZ FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF L.S.**<br><br>[Filed concurrently with *Application, and Consent of Nominee*] |

IT IS HEREBY ORDERED THAT the application of Jennifer Lopez for appointment as Guardian *ad Litem* for plaintiff L.S. is granted.

IT IS SO ORDERED.

DATED:          By: _____

HON. Stanley A. Boone

United States Magistrate Judge