Docusign Envelope ID: 0DAAEB83-D7D6-4175-97AC-63BE988BE0E6

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOSA, M.S. by and through guardian ad litem Jennifer Lopez, and L.S. by and through guardian ad litem Jennifer Lopez,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO and DOES 1–5,<br><br>Defendants. | Case No.: 1:24-cv-01039-JLT-SAB<br><br>**CONSENT OF NOMINEE JENNIFER LOPEZ AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF M.S.**<br><br>[*Application for Appointment as Guardian ad Litem*, and *Proposed Order* filed concurrently herewith] |

-2-

# CONSENT OF NOMINEE JENNIFER LOPEZ FOR APPOINTMENT AS GUARDIAN AD LITEM FOR M.S.

I, Jennifer Lopez, the nominee and aunt of M.S., who is a minor plaintiff in the above-referenced action and the biological son of the decedent Maximiliano Sosa, Jr., consent to act as guardian *ad litem* for minor plaintiff M.S. in the above-referenced action.

I declare, under penalty of perjury and under the laws of the United States of America, that the foregoing is true and correct.

Executed on  9/10/2024  in  Del Rey, CA  .

*Jennifer Lopez* (Signed by DocuSign: 4D264CBBEE52434...)

Jennifer Lopez