Mildred K. O'Linn (State Bar No. 159055)
 *missy.olinn@manningkass.com*
Lynn Carpenter (State Bar No. 310011)
 *lynn.carpenter@manningkass.com*
Maya Sorensen (State Bar No. 250722)
 *Maya.Sorensen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FRESNO; POLICE CHIEF PACO BALDERRAMA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR., <br><br>Plaintiffs, <br><br>v. <br><br>CITY OF FRESNO, UNKNOWN LAW ENFORCEMENT OFFICERS, POLICE CHIEF PACO BALDERRAMA and DOES 1-30, <br><br>Defendants. <br>_____ <br><br>MARIA SOSA, L.S. by and through guardian ad litem MARIA SOSA, M.S. by and through guardian ad litem JENNIFER LOPEZ, individually and as successors-in-interest to Maximiliano Sosa, <br><br>Plaintiffs, <br><br>v. <br><br>CITY OF FRESNO and DOES 1-5, <br><br>Defendants. | Case No. 1:24-cv-01039-JLT-SAB <br>District Judge: Jennifer L. Thurston <br>Magistrate Judge: Stanley A. Boone <br><br>**STIPULATION and REQUEST TO CONSOLIDATE CASES; [PROPOSED] ORDER** <br><br>Trial Date:         N/A |

IT IS STIPULATED and respectfully requested that both of these matters should be consolidated for all further proceedings pursuant to F.R.Civ.P., Rule 42(a), as the parties believe that consolidation (rather than the current relation only) would serve to streamline discovery and all further proceedings for the parties and the Court. Furthermore, these actions presently before the court involve common questions of law and fact.

DATED: December 26, 2024        Respectfully submitted,

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By:       /s/ *Mildred K. O'Linn*
    Mildred K. O'Linn, Esq.
    Lynn L. Carpenter, Esq.
    Maya R. Sorensen, Esq.
    Attorneys for Defendants, CITY OF FRESNO; UNKNOWN LAW ENFORCEMENT OFFICERS, and POLICE CHIEF PACO BALDERRAMA

DATED: December 26, 2024        Respectfully submitted,

**LAW OFFICE OF KEVIN G. LITTLE**

By:       /s/ *Kevin Little*
    Kevin G. Little, Esq.
    Michelle Tostenrude, Esq.
    Attorneys for Plaintiff, MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR. MAXIMILIANO SOSA, SR

2

1 DATED: December 26, 2024  Respectfully submitted,

**LAW OFFICE OF DALE GALIPO**

By: _____/s/ *Dale K. Galipo*_____
  Dale K. Galipo
  Cooper Alison-Mayne
  Attorneys for plaintiffs Maria Sosa, L.S., and M.S.