UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FRESNO, UNKNOWN LAW ENFORCEMENT OFFICERS, POLICE CHIEF PACO BALDERRAMA and DOES 1-30, <br><br> Defendants. <br> _____ | Case No. 1:23-cv-01575-JLT-SAB <br><br> **[PROPOSED] ORDER RE STIPULATION RE CONSOLIDATING CASES** <br><br> *Complaint Filed: 02/23/2024* |
| MARIA SOSA, L.S. by and through guardian ad litem MARIA SOSA, M.S. by and through guardian ad litem JENNIFER LOPEZ, individually and as successors-in-interest to Maximiliano Sosa, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FRESNO and DOES 1-5, <br><br> Defendants. | |

Pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Eastern District of California Local

4861-7296-5677.1

**[PROPOSED] ORDER RE STIPULATION RE CONTINUING RESPONSIVE PLEADING DATE**

Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefore, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

Both matters shall be consolidated pursuant to F.R.Civ.P., Rule 42(a) for all purposes.

**IT IS SO ORDERED.**

DATED: _____, 2025   **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

By: _____
   Hon. Stanley Boone,
UNITED STATES MAGISTRATE JUDGE