**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR., <br><br>Plaintiffs, <br><br>v. <br><br>CITY OF FRESNO, et. al., <br><br>Defendants. | Case No. 1:23-cv-01575 JLT SAB <br><br>**ORDER CONSOLIDATING CASES PURSUANT TO STIPULATION** |
| MARIA SOSA, L.S. by and through guardian ad litem MARIA SOSA, M.S. by and through guardian ad litem JENNIFER LOPEZ, individually and as successors-in-interest to Maximiliano Sosa, <br><br>Plaintiffs, <br><br>v. <br><br>CITY OF FRESNO and DOES 1-5, <br><br>Defendants. | Case No. 1:24-cv-01039 JLT SAB <br><br>**ORDER CONSOLIDATING CASES PURSUANT TO STIPULATION** |

Federal Rule of Civil Procedure 42(a) provides that "[i]f actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." The above-captioned cases have already been related because the matters involve common questions of law or fact. All

1  parties have now indicated by way of stipulation that they believe consolidation will serve to
2  streamline discovery and all further proceedings for the parties and the Court. Considering that
3  stipulation, the Court's broad discretion to consolidate cases with common issues, *see Investors*
4  *Research Co. v. U.S. Dist. Ct.*, 877 F.2d 777 (9th Cir. 1989), and good cause appearing, the Court
5  orders as follows:

      1. The above captioned cases are **CONSOLIDATED FOR ALL PURPOSES**.

      2. **All further filings** shall be made in lead case *Olivares, et al., v. Fresno, et al.*, No. 1:23-cv-01575-JLT-SAB.

      3. The Clerk of Court is directed to administratively close the member case *Sosa, et al., v. Fresno, et al.*, No. 1:24-cv-01039-JLT-SAB.

IT IS SO ORDERED.

Dated: __**January 10, 2025**__       /s/ Jennifer L. Thurston
                                                               UNITED STATES DISTRICT JUDGE